IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v. CRIMINAL CASE NO. 1:25-CR-62-SA-8

VARRICK DAVIS DEFENDANT

ORDER

The trial of this criminal case is scheduled to commence on Monday, August 31, 2026. *See* [276]. Varrick Davis, through counsel, has filed numerous pretrial Motions. Two of the Motions [302, 303] can be easily resolved.

In one Motion [302], Davis requests that the Court enter an Order "directing that [he] remain housed at the Lafayette County Detention Center . . . until Friday, August 28, 2026, before being transported to Aberdeen, Mississippi, for trial." [302] at p. 1. As grounds for this request, Davis states that he suffers from certain medical conditions (which are undisclosed) and that remaining at the Lafayette County Detention Center ("LCDC") will permit him to easily access his medical providers. The Motion [302] also asserts that remaining at LCDC until Friday, August 28, 2026, will allow Davis to have meaningful and confidential access to counsel to the greatest extent possible prior to trial.

This Court entrusts the United States Marshals Service with matters involving the transport of pretrial detainees. Customarily, this Court does not involve itself with those matters, as the Marshals Service is in the best position to make determinations as to when a particular detainee should be transported. This case does not present any reason to depart from that practice. The Motion [302] is DENIED.

By separate Motion [303], Davis requests that his trial be severed from that of Greg Wells, one of his co-defendants. Wells has now indicated his intent to plead guilty and is scheduled to

enter a guilty plea on Monday, August 24, 2026. *See* [313]. Davis' request on this point is therefore moot. The Motion [303] is DENIED.

The Court will take up the remaining Motions, which concern evidentiary matters, in due course.

SO ORDERED, this the 21st day of August, 2026

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE